UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SAIM SARWAR,

                Plaintiff,

                                                                        20 **CIVIL** 10608 (JPO)

       -against-                                               **DEFAULT JUDGMENT**

3109 LINDEN HOTEL INC.,
                Defendant.
---------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated March 28, 2022, Plaintiff's motion for default judgment is GRANTED. Sarwar is awarded judgment against Linden Hotel requiring it to: (1) Remediate its websites to bring them into compliance with the ADA; (2) Post photographs of the interior of each designated accessible room and the common areas; and (3) Identify the accessible rooms on its websites and make them available for booking the same manner as non-accessible rooms. Linden Hotel is directed to comply with the terms of the Order within sixty days after its entry. This Court will retain jurisdiction relating to Sarwar's attorney's fees and any motion for fees shall be filed within ninety days after the entry of the Order.

**DATED**: New York, New York
             March 29, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                                      **BY:** _K. Mango_
                                                                      **Deputy Clerk**